1    COOLEY GODWARD LLP
     WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
2    MARY BETH O'CONNOR (228591) (mboconnor@cooley.com)
     JEFFREY M. KABAN (235743) (jkaban@cooley.com)
3    Five Palo Alto Square
     3000 El Camino Real
4    Palo Alto, CA  94306-2155
     Telephone:    (650) 843-5000
5    Facsimile:     (650) 849-7400

6    Attorneys for Defendants
     iPASS, INC., KENNETH D. DENMAN, DONALD C.
7    McCAULEY, ANURAG LAL and JON M. RUSSO

8

9

10   COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
     ANDREW N. FRIEDMAN (*PRO HAC VICE*)
11   STEVEN J. TOLL (*PRO HAC VICE*)
     JASON M. LEVITON (*PRO HAC VICE*)
12
     Attorneys for Lead Plaintiffs
13   DAVID and RHONDA LUTZKE
     [*Additional Counsel Appear on Signature Page*]
14

15                     UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18   In re iPASS SECURITIES LITIGATION          Case No. C 05 00228 MHP
19
20                                               CLASS ACTION
21
     This Document Relates to:
22                                               **STIPULATED BRIEFING SCHEDULE RELATED
     ALL ACTIONS                                 TO DEFENDANTS' RESPONSE TO
23                                               PLAINTIFFS' FIRST AMENDED COMPLAINT
                                                 AND [PROPOSED] ORDER THEREON**
24

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALP ALTO

C:\WINDOWS\Temporary Internet Files\OLK11\PA-
#721760-v2-iPass_Class_-_Briefing_Stip_re_FAC.DOC          1.

STIPULATED BRIEFING SCHEDULE AND
[PROPOSED] ORDER
C 05 00228 MHP

1      Pursuant to Federal Rule of Civil Procedure 15 and Civil Local Rule 6-1(b), Lead

2  Plaintiffs David and Rhonda Lutzke and Defendants Kenneth D. Denman, Donald C.

3  McCauley, Anurag Lal, John M. Russo and iPass, Inc., (collectively, the "Parties"), through

4  their respective counsel, hereby stipulate, subject to the Court's approval, as follows:

5      1.    Whereas Defendants' motion to dismiss the Consolidated Amended Complaint

6  was granted on February 27, 2006 and electronically filed on February 28, 2006;

7      2.    Whereas pursuant to that Order Plaintiffs were given leave to file an amended

8  complaint within thirty days and Plaintiffs intend to file a First Amended Complaint

9  ("Complaint") on or before March 30, 2006;

10      3.    Whereas this is a complex matter and the Parties agree that additional time is

11  required for Defendants to respond to the First Amended Complaint and agree that all parties

12  will require additional time to brief any motion Defendants might file directed at that First

13  Amended Complaint;

14      4.    Whereas the Parties have agreed that Defendants shall respond to the Complaint

15  within thirty (30) days of the filing of the Complaint, or on or before May 1, 2006;

16      6.    Whereas the Parties have also agreed that, if Defendants file any motions

17  directed at the Complaint, the opposition brief shall be filed within thirty (30) days thereafter, or

18  on or before May 31, 2006, and the reply brief shall be filed within fifteen (15) days after the

19  filing of the opposition brief, or on or before June 15, 2006; and

20      7.    Whereas the Parties have also agreed that if Defendants file any motions directed

21  at the Complaint said motion shall be heard on July 31, 2006.

22      8.    Now therefore the Parties respectfully request that the Court order the following:

23  That Defendants respond to the First Amended Complaint on or before May 1, 2006, should

24  Defendants direct any motion at the First Amended Complaint the opposition brief shall be filed

25  on or before May 31, 2006, and the reply brief shall be filed on or before June 15, 2006, and any

26  such motion shall be heard on  July 31, 2006.

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

C:\WINDOWS\Temporary Internet Files\OLK11\PA-
#721760-v2-iPass_Class_-_Briefing_Stip_re_FAC.DOC

2.

STIPULATED BRIEFING SCHEDULE AND
[PROPOSED] ORDER
C 05 00228 MHP

1

2    Dated:  March 6, 2006                    Respectfully submitted,

3                                             COOLEY GODWARD LLP
                                              WILLIAM S. FREEMAN (82002)
4                                             MARY BETH O'CONNOR (228591)
                                              JEFFREY M. KABAN (235743)

5

6
                                                        /s/
7                                             _____
                                              Mary Beth O'Connor

8                                             Attorneys for Defendants iPASS, INC.,
                                              KENNETH D. DENMAN, DONALD C.
9                                             McCAULEY, ANURAG LAL and JON M.
                                              RUSSO
10

11   Dated:  March 6, 2006                    COHEN, MILSTEIN, HAUSFELD & TOLL,
                                              P.L.L.C
12                                            ANDREW N. FRIEDMAN (*PRO HAC VICE*)
                                              STEVEN J. TOLL (*PRO HAC VICE*)
13                                            JASON M. LEVITON (*PRO HAC VICE*)

14

15
                                                        /s/
16                                            _____
                                              Jason M. Leviton

17                                            Liaison Counsel for Lead Plaintiffs
                                              DAVID and RHONDA LUTZKE
18

19                                            GOLD BENNETT CREA & SIDENER LLP
                                              SOLOMON B. CERA (99467)
20                                            (scera@gbcslaw.com)
                                              JOSEPH M. BARTON (188441)
21                                            (jbarton@gbcslaw.com)
                                              595 Market Street, Suite 2300
22                                            San Francisco, CA 94105-2835
                                              Telephone:     (415) 777-2230
23                                            Facsimile:     (415) 777-5189

24                                            Liaison Counsel for Lead Plaintiffs

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

C:\WINDOWS\Temporary Internet Files\OLK11\PA-
#721760-v2-iPass_Class_-_Briefing_Stip_re_FAC.DOC

3.

STIPULATED BRIEFING SCHEDULE AND
[PROPOSED] ORDER
C 05 00228 MHP

1

ORDER

2

On the stipulation of the Parties, and good cause appearing, IT IS SO ORDERED.

3

4

DATED: ___March 8, 2006___

Judge Marilyn Hall Patel
United States District Judge

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

C:\WINDOWS\Temporary Internet Files\OLK11\PA-
#721760-v2-iPass_Class_-_Briefing_Stip_re_FAC.DOC

4.

**STIPULATED BRIEFING SCHEDULE AND
[PROPOSED] ORDER
C 05 00228 MHP**